IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00098-D-BM

WILLIAM GEORGE GILLAM )
)
Plaintiff )
v. )
UNITED STATES OF AMERICA, )
)
Defendant )

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY AND AMENDMENT OF COMPLAINT

For good cause shown, Plaintiff William Gillam's Motion for Substitution of Party and Amendment of Complaint is hereby GRANTED and it is hereby:

ORDERED, that "Brian Amburgey" be substituted in place of "William George Gillam" The caption of this case shall be amended to reflect such substitution; and

FURTHER ORDERED, that the Class Action Complaint filed on February 12, 2023 [D.E. 1] shall be amended upon the filing of the Amended Class Action Complaint attached to the Joint Motion as Exhibit A by Plaintiff's undersigned counsel; and

FURTHER ORDRED, that Plaintiff's undersigned counsel shall file a Short Form Complaint for Brian Amburgey; and

FURTHER ORDRED, that upon filing of the Amended Class Action Complaint and the Short Form Complaint for Mr. Amburgey, Mr. William Gillam's personal claims asserted against Defendant United States of America in this action should be and hereby are dismissed with prejudice but this shall not constitute agreement on the part of Plaintiff's counsel that Camp Lejeune Justice Act settlements must be made pursuant to 28 U.S.C. § 2677 or that 28 U.S.C. § 2677 generally applies to Camp Lejeune Justice Act cases.

1

SO ORDERED. This **21** day of June, 2024.

                                        JAMES C. DEVER III
                                        UNITED STATES DISTRICT COURT JUDGE